QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Duane R. Lyons (Bar No. 125091)
    duanelyons@quinnemanuel.com
  Brian M. Wheeler (Bar No. 266661)
    brianwheeler@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

FISHER & KREKORIAN
  Kevin Fisher (Bar No. 131455)
    rkf@fkslaw.net
2121 Park Drive
Los Angeles, California 90026
Telephone:   (310) 862-1225
Facsimile:    (310) 388-0805

Attorneys for Claimants Vice President
Teodoro Nguema Obiang Mangue
and Sweetwater Malibu, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ONE MICHAEL JACKSON SIGNED THRILLER JACKET AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO,<br><br>            Defendants. | CASE NO. 2:13-cv-09169-GW-SS<br><br>**DECLARATION OF BRIAN M. WHEELER IN SUPPORT OF CLAIMANTS' MOTION TO DISMISS VERIFIED COMPLAINT FOR FORFEITURE *IN REM***<br><br>Hon. George H. Wu<br><br>Hearing Date: March 13, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom No. 10 |

04579.23529/5763098.1

WHEELER DECLARATION IN SUPPORT OF CLAIMANTS' MOTION TO DISMISS

# DECLARATION OF BRIAN M. WHEELER

I, Brian M. Wheeler, declare as follows:

1. I am a member of the bar of the State of California and of this Court and an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Claimants Vice President Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the document bearing Bates No. SENATE-PSI-00070805-920, as produced by the United States.

3. Attached hereto as Exhibit 2 is a true and correct copy of a declaration and exhibits thereto as electronically served by the government on May 3, 2013, and retrieved from the Court's Electronic Case File for Case No. CV 11-3582-GW as ECF Document 91 (Declaration of Amanda Graf), 91-5 (Graf Decl. Ex. 5), 91-6 (Graf Decl. Ex. 6).

4. Attached hereto as Exhibit 3 is a true and correct copy of a declaration and exhibit thereto as electronically served by the government on May 3, 2013, and retrieved from the Court's Electronic Case File for Case No. CV 11-3582-GW as ECF Document 86 (Declaration of Robert Manzanares), 86-3 (Manzanares Decl. Ex. 3).

5. Attached hereto as Exhibit 4 is a true and correct copy of the document bearing Bates No. DOJ_0000174-177, as produced by the United States.

6. Attached hereto as Exhibit 5 is a true and correct copy of the certified transcript for the hearing in Case No. CV 11-3582-GW on January 28, 2013, in the courtroom of the Honorable George H. Wu.

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.
3
4    Executed on February 13, 2013, at Los Angeles, California.
5
6    _____
7    Brian M. Wheeler