# EXHIBIT 4

REQUESTED BY: MORRISEY, DEBORAH

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T  O F  I N V E S T I G A T I O N | TECS ACCESS CODE 3 |
|---|---|
| | PAGE  1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG

CASE STATUS:     INTERIM RPT

| REPORT DATE<br>112706 | DATE ASSIGNED<br>111506 | PROGRAM CODE<br>7H0 | REPORT NO.<br>002 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:CAPJ

TYPE OF REPORT:
COLLATERAL REQUEST / IN

TOPIC: COLLATERAL REQUEST FOR INFO RE: TEODORO OBIANG

SYNOPSIS:
On November 13, 2006, agents assigned to the ICE SAC/Miami Foreign Public Corruption Unit initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: 06/26/1969) a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. ICE SAC/Miami agents are currently attempting to identify assets owned by OBIANG and his associates in the United States.

Numerous news agencies have reported that Teodoro OBIANG purchased several luxury homes and vehicles in Cape Town, South Africa. These assets were recently seized by the government of South Africa and are in debt collection proceedings in a South African Civil Court. Details are contained in this report.

| DISTRIBUTION:<br>SACMI CAPJ | SIGNATURE:<br>MORAN      WALTER    A   SENIOR SPEC AGENT |
|---|---|
| | APPROVED:<br>RUTHERFORD   ROBERT    N   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI<br>MIAMI, FL - SAC | TELEPHONE: 305 597 6000 |
| | | TYPIST: MORAN |

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 4
Page 163

DOJ_0000174

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE  2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION:

It has been reported by several agencies (i.e. "The Cape Times", property24.com, and "Mail and Guardian" online) that Teodoro OBAING purchased two luxury homes and several luxury vehicles while visiting Cape Town, South Africa in 2004.

According to reports, in March of 2004, OBIANG purchased a residence located at 35 Klassens Road, Bishopscourt for a reported 26 million Rand (estimated $3.6 million) and also purchased a residence located at 76 Fourth Beach, Clifton for a reported 23.5 million Rand (estimated $3.2 million). During this time, it is understood that OBIANG additionally purchased two (2) Bentley luxury vehicles for 7 million Rand (estimated $970,000) and a white 2005 6-litre Lamborghini Murcielago at Bloomsbury in Buitengracht Street for 3.2 million Rand (estimated $440,000).

OBIANG is the agriculture minister of Equatorial Guinea and the son of the terminally ill president. OBIANG earns approximately $60,000 annually as agriculture minister and has recently purchased a $35 million mansion in California, under the company name of Sweetwater Malibu LLC, which OBIANG wholly owns and manages.

According to a recent article published in the London Financial Times, OBIANG is currently fighting a case in South African court over his Cape Town luxury homes. The homes were seized when a local company called Maseve, attempted to collect a debt arising from a business dispute with the Equatorial Guinea government. Maseve claims that OBIANG's Cape Town houses amount to state property since OBIANG could not afford to buy them with his ministerial salary. In a recent sworn affidavit filed in the Cape Town case, OBIANG said ministers and public servants in Equatorial Guinea were allowed to own companies bidding for government contracts with foreign companies which, if successful, would receive "a percentage of the total contract the company gets". OBIANG told the court that this "means that a cabinet minister ends up with a sizeable part of the contract price in his bank account".

COLLATERAL REQUEST:

The office of the ICE-SAC/Miami requests that the Attache-Pretoria obtain, if possible, and transmit to the requesting office the following information:

*   Copies of any court documents, indictments or affidavits relating to Maseve Investments 7 vs. The Government of the Republic of Equatorial Guinea in the High Court of South Africa, Cape Provincial Division, Case No.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 4
Page 164

DOJ_0000175

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 002 |

1407/2006.
* Copies of any financial statements, finance applications, and bank records, if any exist, related to the purchase of the residences and luxury cars made by Teodoro OBIANG that are detailed in this ROI.
* Copies of any South Africa corporate records, if any exist, owned wholly or in part by OBIANG and/or any of his associates in South Africa or the United States.
* It is also requested that contact be made with South African authorities to determine if they have any information, derogatory or otherwise, related to OBAING and his activities while in South Africa.

At this time copies are requested for informational purposes.  If certified copies become neccesary at a later point in this investigation a formal request via the appropriate diplomatic means will be submitted.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Exhibit 4
Page 165

DOJ_0000176

```
REQUESTED BY:  MORRISEY, DEBORAH

       OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

072111                   TECS II - LIST OF RELATED RECORDS              PAGE    1
                                                                        TN007005
                       1 RECORD IS RELATED TO BASE RECORD
MI02PR07MI0018002    ROI   CMI MORAN                  W 112706


MI02PR07MI0018        CASE CMI MANZANARES       R 111506
        TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA




















       OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY
```

Exhibit 4
Page 166

DOJ_0000177