JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
STEPHEN GIBBONS, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263, Woo.Lee@usdoj.gov

ANDRÉ BIROTTE, JR.
United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone: (213) 894-6166, Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br><br>ONE MICHAEL JACKSON SIGNED THRILLER JACKET AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO,<br><br>    Defendants. | No. CV 13-9169-GW-SS<br><br>Hon. George H. Wu<br><br>DECLARATION OF WOO S. LEE IN SUPPORT OF UNITED STATES' OPPOSITION TO CLAIMANTS TEODORO NGUEMA OBIANG MANGUE'S AND SWEETWATER MALIBU, LLC'S MOTION TO DISMISS VERIFIED COMPLAINT FOR FORFEITURE IN REM<br><br>Hearing: April 8, 2014 (8:30 a.m.) |

1

I, Woo S. Lee, declare and state as follows:

1. I am a trial attorney with the United States Department of Justice ("DOJ"), Criminal Division's Asset Forfeiture and Money Laundering Section, and am a member of the bars of the State of New York and the District of Columbia.

2. I have personal knowledge of the facts set forth in this Declaration and if necessary could competently testify thereto under oath.

3. Attached hereto as **Exhibit 1**, is a true and correct copy of an opinion and order entered in United States v. One White Crustal Covered Bad Tour Glove et al., CV 11-3582 GW-SSx, on August 19, 2013.

4. Attached hereto as **Exhibit 2**, is a true and correct copy of an opinion and order entered in United States v. One White Crustal Covered Bad Tour Glove et al., CV 11-3582 GW-SSx, on June 20, 2013.

5. Attached hereto as **Exhibit 3**, is a true and correct copy of an opinion and order entered in United States v. One White Crustal Covered Bad Tour Glove et al., CV 11-3582 GW-SSx, on September 7, 2012.

6. Attached hereto as **Exhibit 4**, is a true and correct copy of an excerpt of Claimants' Reply In Support of Motion for Summary Judgment on the Limited Issue of Probable Cause; or In the Alternative, Order Finding the Government Lacked Probable Cause at the Time It Instituted the Action for Forfeiture In Rem in United States v. One White Crustal Covered Bad Tour Glove et al., CV 11-3582 GW-SSx, on June 7, 2013.

7. Attached hereto as **Exhibit 5**, is a true and correct copy of an excerpt of the Court Reporter's transcript of a hearing held in United States v. One White Crustal Covered Bad Tour Glove et al., CV 11-3582 GW-SSx, on September 6, 2012.

8. Attached hereto as **Exhibit 6**, is a true and correct copy of an excerpt of Claimants' Memorandum of Points and Authorities filed in support of their Motion for Summary Judgment on the Limited Issue of Probable Cause; or In the Alternative, Order

Finding the Government Lacked Probable Cause at the Time It Instituted the Action for Forfeiture <u>In Rem</u> in <u>United States v. One White Crustal Covered Bad Tour Glove et al.</u>, CV 11-3582 GW-SSx, on March 15, 2013.

9. Attached hereto as **Exhibit 7**, is a true and correct copy of an excerpt of the Court Reporter's transcript of a hearing held in <u>United States v. One White Crustal Covered Bad Tour Glove et al.</u>, CV 11-3582 GW-SSx, on June 20, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2014 in Washington, D.C.

_/s/ Woo S. Lee_
Woo S. Lee
Trial Attorney
Criminal Division
United States Department of Justice