DEBORAH L. CONNOR
Chief, Money Laundering Section & Asset Recovery Section (MLARS)
WOO S. LEE, Deputy Chief, International Unit
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: 202-598-2249
woo.lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-4493
  Facsimile: (213) 894-0142
  Email: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>   v. <br><br> ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; <br> REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, <br><br>         Defendants. | No. CV 11-3582-GW-SS <br><br> Consolidated With CV 13-9169-GW-SS <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT AND STATUS CONFERENCE** |

1

On October 13, 2014, the United States and the Sweetwater Claimants (jointly the "Parties") entered into a Stipulation and Settlement Agreement (the "Joint Stipulation") resolving the above-captioned, which was approved by the Court on October 15, 2014.

Pursuant to the Joint Stipulation, the Defendant *Res* was to be liquidated and the proceeds of that liquidation ("Liquidation Proceeds") handled by the parties pursuant to the terms of the Joint Stipulation. Specifically, the Joint Stipulation required that $10.3 million of the Liquidation Proceeds be forfeited to the United States and the remainder of the Liquidation Proceeds ("Remainder Liquidation Proceeds") be used as contemplated by the settlement agreement by, among the possibilities, a charity or other organization(s) for the benefit of the people of Equatorial Guinea. The use of the remainder of the Liquidation proceeds is to be either selected by the Sweetwater Claimants and the United States by mutual agreement or selected by a panel. Pursuant to the Joint Stipulation, the Court retained jurisdiction over this matter.

On April 29, 2019, a status conference was convened before the Court to provide the Court with an update as to the status of the implementation of the terms of the Joint Stipulation. At the Status Conference, the Parties informed the Court that the Parties had reached an agreement in principle as to a third-party entity (the "Potential Entity") to receive a portion of the Liquidation Proceeds to be used for the benefit of the Equatoguinean people. The Court directed the Parties to file a joint status report regarding the distribution of the Liquidation Proceeds by June 26, 2019.

On June 26, 2019, the Parties filed a Status Reporting confirming, among other things, that Since the Status Conference, representatives of the Parties have continued to engage in constructive discussions, including with representatives of

the Potential Entity, both in the United States and the Republic of Equatorial Guinea to detail a specific plan to disburse a portion of the Liquidation Proceeds to benefit the people of Equatorial Guinea.  Among other things, the Parties reported that the Potential Entity and the Parties have discussed the possibility of utilizing the Liquidation Proceeds for educational purposes to benefit Equatoguinean students.  A further status conference was convened before the Court on July 1, 2019.  On July, 30, 2019, a further status conference was scheduled for August 29, 2019.  On August 28, 2019, the Court on its own motion continued the status conference previously scheduled for August 29, 2019.

On December 5, 2019, the Court set a status conference for December 12, 2019.  At that status conference, the Parties reported that they were continuing to have constructive discussions with the Potential Entity to implement the Joint Stipulation.  On December 12, 2019, the Court scheduled a further status conference for September 10, 2030, and directed the Parties to file a joint status report regarding the settlement by September 8, 2020.

Since the December 2019 Status Conference, the Parties have continued to have constructive discussions with both each other and the Potential Entity to utilize the Liquidation Proceeds.  Because, however, the Parties have not been able to identify a charity to receive custody and control of the Liquidation Proceeds, the Parties propose that a three-member panel be formed (the "Panel") to distribute the Liquidation Proceeds consistent with, among others, Paragraph 26 of the Joint Stipulation.

Paragraph 26 provides in relevant part that if the Parties cannot identify a charity to receive the Liquidation Proceeds by mutual agreement:

> [A] three-member panel (the "Panel") will ne formed to receive custody and control of [the Liquidation Proceeds] . . . .  The Panel will be comprised of a

member selected by the United States, a member selected by the Government of the Republic of Equatorial Guinea, and a Panel Chairman selected jointly by the United States and Nguema. . . All decisions of the Panel will be decided by a majority vote of its members. All decisions of the panel are final and the Parties waive all rights to contest, appeal or otherwise challenge the Panel's decisions so long as such decisions are consistent with the terms of the [Joint Stipulation]. The Parties agree that the funds disbursed to the Charity or the Panel . . . will be so provided on the condition that the funds be used for the benefit of the people of the Republic of Equatorial Guinea.

Accordingly, consistent with the terms of the Joint Stipulation, the United States and the Government of Equatorial Guinea propose to select their respective Panel members by no later than November 10, 2020. The Parties will also jointly select a Panel Chairman by mutual agreement by November 23, 2020. Once formed, the Panel will provide an update to the Parties regarding the use of the Liquidation Proceeds by no later than March 1, 2021.

Respectfully submitted,

DATED: September 8, 2020

Deborah L. Conner, Chief
Money Laundering & Asset Recovery Section
Criminal Division

*S/Woo S. Lee*
WOO S. LEE, Deputy Chief
Criminal Division
United States Department of Justice

Nicola T. Hanna,
United States Attorney

STEVEN R. WELK, Assistant U.S. Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 8, 2020          FISHER & KREKORIAN


By  *S/ Kevin Fisher*_____
Kevin Fisher
Attorneys for Claimants Teodoro Nguema
Obiang Mangue and Sweetwater Malibu, LLC